**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF SOUTH CAROLINA**

| | |
|---|---|
| IN RE:<br>ALMA GOODWIN DINKINS<br>1816 HORRELL ROAD<br>HOPKINS, SC 29061<br><br>Debtor | CASE NO: 17-00373/W/3<br><br>**WITHDRAWAL OF CHAPTER 13**<br>**TRUSTEE'S OBJECTION TO CLAIM** |

William K. Stephenson, Jr., the duly appointed and acting Chapter 13 Trustee in the within case, respectfully withdraws his Objection to claim, court docket number 20, as AMENDED PROOF OF CLAIM FILED 5/22/2017.  No other party has appeared in this matter.  On information and belief, parties receiving notice of the hearing do not oppose the withdrawal and are not expected to appear at the hearing.

**RESPECTFULLY SUBMITTED**, on May 23, 2017.

/s/William K. Stephenson, Jr.
WILLIAM K. STEPHENSON, JR., TRUSTEE

3700 Forest Dr., Ste. 302
PO BOX 8477
Columbia, SC  29202

## CERTIFICATE OF SERVICE

   I, Maxine Tharp, an employee of the Chapter 13 Trustee Office, hereby certify that a copy of the **WITHDRAWAL OF THE CHAPTER 13 TRUSTEE'S OBJECTION TO CLAIM** was served upon the following, by placing a copy of the same in the United States Postal Service mail, first class, postage prepaid, on May 23, 2017.

ALMA GOODWIN DINKINS
1816 HORRELL ROAD
HOPKINS, SC 29061

MOSS & ASSOCIATES ATTORNEYS PA
816 ELMWOOD AVE
COLUMBIA, SC 29201

UNITED CONSUMER FINANCIAL SVCS
% BASS & ASSOCIATES
3936 E FT LOWELL RD STE 200
TUCSON, AZ 85712

Court Claim #:    2

Dated:  May 23, 2017

/s/Maxine Tharp
Maxine Tharp
Office of William K. Stephenson, Jr., TRUSTEE
3700 Forest Dr., Ste. 302
PO BOX 8477
Columbia, SC  29202